UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| M. KATHLEEN MCKINNEY, Regional Director of Region 15 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>       Petitioner<br><br>v.<br><br>SOUTHERN BAKERIES, LLC,<br>       Respondent | *<br>*<br>*<br>*<br>*<br>* Civil No: _14_-cv-_4037_<br>*<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX OF EXHIBITS TO PETITION FOR TEMPORARY INJUNCTION

**Exhibit A:** Original Charge in Case 15-CA-101311 dated March 27, 2013 and Affidavit of Service dated March 29, 2013

**Exhibit B:** First Amended Charge in Case 15-CA-101311 and Affidavit of Service dated July 31, 2013

**Exhibit C:** Original Charge in Case 15-CA-103186 dated April 18, 2013 and Affidavit of Service dated April 19, 2013

**Exhibit D:** First Amended Charge in Case 15-CA-103186 dated April 30, 2013 and Affidavit of Service dated May 1, 2013

**Exhibit E:** Original Charge in Case 15-CA-104063 dated April 30, 2013 and Affidavit of Service dated May 1, 2013

**Exhibit F:** First Amended Charge in Case 15-CA-104063 dated July 26, 2013 and Affidavit of Service dated July 29, 2013

**Exhibit G:** Original Charge in Case 15-CA-106033 and Affidavit of Service dated May 29, 2013

**Exhibit H:** Original Charge in Case 15-CA-107597 and Affidavit of Service dated June 20, 2013

**Exhibit I:** Original Charge in Case 15-CA-108613 and Affidavit of Service dated July 8, 2013

**Exhibit J:** Original Charge in Case 15-CA-109746 dated July 23, 2013 and Affidavit of Service dated July 24, 2013

**Exhibit K:** First Amended Charge in Case 15-CA-109746 and Affidavit of Service dated August 19, 2013

**Exhibit L:** Original Charge in Case 15-CA-109753 dated July 23, 2013 and Affidavit of Service dated July 24, 2013

**Exhibit M:** Original Charge in Case 15-CA-109755 dated July 23, 2013 and Affidavit of Service dated July 24, 2013

**Exhibit N:** Original Charge in Case 26-CA-077268 and Affidavit of Service dated March 23, 2012

**Exhibit O:** Original Charge in Case 26-CA-077536 and Affidavit of Service of dated March 28, 2012

**Exhibit P:** Original Charge in Case 15-CA-115945 and Affidavit of Service dated October 30, 2013

**Exhibit Q:** First Amended Charge in Case 15-CA-115945 and Affidavit of Service dated January 14, 2014

**Exhibit R:** Order Further Consolidating Cases, Consolidated Complaint and Notice of Hearing ("Consolidated Complaint") in Cases 26-CA-077268, 26-CA-077536, 15-CA-101311, 15-CA-103186, 15-CA-104063, 15-CA-106033, 15-CA-107597, 15-CA-108613, 15-CA-109746, 15-CA-109753, 15-CA-109755 and 15-CA-115945 dated January 10, 2014 with Affidavit of Service

**Exhibit S:** Answer to Third Consolidated Complaint dated January 24, 2014

**Exhibit T:** Administrative Hearing Record: Transcript and Exhibits