IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

M. KATHLEEN MCKINNEY, Regional
Director of Region 15 of the National
Labor Relations Board and on behalf
of the NATIONAL LABOR RELATIONS
BOARD                                                                                           PETITIONER

V.                                       CIVIL NO. 4:14-cv-4037

SOUTHERN BAKERIES, LLC                                                              DEFENDANT

## ORDER

In light of the Mandate from the United States Court of Appeals for the Eighth Circuit (ECF No. 53), this case is now closed. The Clerk is ordered to terminate the case.

**IT IS SO ORDERED**, this 24th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge